**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                )
**MARY MORGAN, et al.**,         )
                                )
         **Plaintiffs**,          )
                                )
     v.                         )      **Civil Action No. 11-1066 (GK)**
                                )
**RICHMOND SCHOOL OF HEALTH AND** )
**TECHNOLOGY, INC.**,            )
                                )
         **Defendant**.           )
_____)

**ORDER**

Plaintiffs are or have been students at Defendant Richmond School of Health and Technology, Inc. ("RSHT"). They bring this suit on behalf of themselves and others similarly-situated for violations of the Equal Credit Opportunity Act, 15 U.S.C. §§ 1691 et seq., Title VI of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000d et seq., and the Virginia Consumer Protection Act, Va. Code Ann. §§ 59.1-196 et seq., and for breach of contract and fraudulent inducement to contract. The matter is now before the Court on Defendant's Motion to Dismiss or Transfer [Dkt. No. 22]. Upon consideration of the Motion, Opposition, Reply, Supplemental Briefs, the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED**, that the Motion to Dismiss or Transfer is **granted**; and it is further

**ORDERED,** that the above-captioned matter is transferred to the Eastern District of Virginia, Richmond Division.

|  |  |
|---|---|
| April 30, 2012 | /s/_____<br>Gladys Kessler<br>U.S. District Judge |

**Copies to: attorneys on record via ECF**