IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |
|---|---|
| MARY MORGAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RICHMOND SCHOOL OF HEALTH AND TECHNOLOGY, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 3:12-cv-00373-JAG <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES IN SUPPORT OF THEIR UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT, PROVISIONAL CERTIFICATION OF CLASS AND APPROVAL OF NOTICE**

The Court having considered Plaintiffs' Unopposed Motion for Leave to File Excess Pages In Support of Their Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement, Provisional Certification of Class and Approval of Notice, and finding good cause therefore, it is HEREBY ORDERED that the motion is GRANTED, and that the page limit for Plaintiffs' motion is increased to 35.

SO ORDERED.

Dated: 3/6/13

/s/
John A. Gibney, Jr.
Honorable John A. Gibney, Jr.
United States District Judge