# EXHIBIT

# 2




115 South 15th Street, Suite 400
Richmond, Virginia 23219-4209
T: (804)521-7200 F: (804)521-7299
www.browngreer.com

## WHO WE ARE

BrownGreer PLC is a law firm devoted to multiple claims resolution and administration. BrownGreer was formed in 2002, but our principals Orran Brown and Lynn Greer have been at the center of some of the most significant multiple claims resolutions since 1989. BrownGreer offers different and innovative solutions to clients addressing numerous claims or lawsuits. We have served as lawyers, claims administrators, trustees, Special Master, advisors, data managers, and experts for large and small multiple claims situations. We provide a unique combination of legal know-how and practical organization and administration that is invaluable to those



trying to create order out of an emerging or existing multiple claim problem.

We are lawyers, analysts, software programmers, and claims reviewers. We combine highly skilled lawyering with a practical understanding of the need for organized and centralized information and data, effective communication, and the administrative processes necessary to resolve multiple claims efficiently, ranging from the very few to the hundreds of thousands. We have the legal, organizational, and administrative skills needed to help companies, trusts, settlement facilities, attorneys, courts, and government entities process and resolve multiple lawsuits or claims. Being lawyers and claims administrators makes us better at both. From our headquarters located in downtown Richmond, Virginia, and using the best technology available, we can solve these problems anywhere in the country.

## WHAT WE DO

**Claims Administration** - BrownGreer's claims administration services have been referred to by our clients as the "gold standard." Whether we are administering a voluntary settlement reached between parties or a class action settlement approved and ordered by a Court, our experience as lawyers and claims administrators combines practical and efficient claims processing with a keen understanding of the legal context and parameters governing its implementation. We administer and process claims for small and large inventories of claims, whether personal injury, economic injury, or property damage and we deliver efficient, fair, and sound solutions.

**Litigation or Multiple Claims Management and Support** - Multiple claim problems begin with traditional, individual lawsuits. As the number of lawsuits grows, the complexities of tracking or coordinating plaintiffs, alleged injuries, or discovery schedules often result in inefficient management or inadequate information. BrownGreer is highly skilled in litigation management and support. We can begin tracking information at the start of litigation or come in midstream to gather the data and organize the process. We can assist the parties and the Court with centralizing information and data, scheduling and keeping track of discovery and have served as the Project Management Office and as Special Master for national litigation.

**Legal Counsel: Leader on Multiple Claims Resolution** - Often, multiple lawsuits grow into activity before the Judicial Panel on Multidistrict Litigation, state class actions, federal class actions or claims aggregated through a bankruptcy proceeding. They can involve plaintiffs from many states and other countries. Co-defendants press contribution and indemnity claims. Private insurers seek subrogation. Federal and state governments may claim reimbursement for payments made through Medicare, Medicaid, or other




115 South 15th Street, Suite 400
Richmond, Virginia 23219-4209
T: (804)521-7200 F: (804)521-7299
www.browngreer.com

programs. These cases may lead to a resolution through a voluntary agreement, a class action settlement, or some other means. BrownGreer's involvement in all types of multiple claims scenarios renders us uniquely qualified to offer legal counsel on what type of resolution works and what does not. We can help analyze the best choice, and if an aggregate resolution is advisable, we can help negotiate the terms, draft the governing settlement agreement, notices and claim forms, and implement the resolution in a way that is legally sound and administratively efficient. As lawyers who understand and appreciate the legal impact of each decision or step, we can help the parties and the Court avoid pitfalls that could jeopardize the desired outcome.



## EXPERIENCE

BrownGreer PLC has played central roles in the most significant mass claims resolutions in history. Here is a partial list of some of our significant engagements.

**Deepwater Horizon Economic and Property Damages Settlement Program:** *BrownGreer created the intake and claims review systems and reviews claims for the Court-supervised Deepwater Horizon Economic and Property Damages Settlement program directed by Claims Administrator Patrick A. Juneau pursuant to the proposed class action settlement of claims arising from the April 20, 2010 Deepwater Horizon oil spill in the Gulf of Mexico. In connection with this program, BrownGreer operates a Claims Center in New Orleans and 18 satellite Claimant Assistance Centers in five Gulf states to meet with claimants and facilitate claim submissions.*
*Deepwater Horizon Transition Process: In March of 2012, the U.S. District Court for the Eastern District of Louisiana appointed Lynn Greer as the Transition Coordinator to direct the Transition Process for the processing of claims arising from the April 20, 2010 Deepwater Horizon oil spill in the Gulf of Mexico, pending judicial consideration and approval of a class action settlement for all such claims.*

**Gulf Coast Claims Facility:** *Starting in June of 2010, BrownGreer handled claims review and other administration services for Claims Administrator Kenneth R. Feinberg and the Gulf Coast Claims Facility, the $20 billion fund created to process claims arising from the April 20, 2010 Deepwater Horizon oil spill in the Gulf of Mexico.*

**In re Black Farmers Discrimination Litigation:** *Assist Court-Appointed Neutrals in the review and adjudication of discrimination claims against the USDA.*

**Bayer GM Rice Settlement:** *Claims Administrator in this settlement of claims of contaminated rice seed.*

**Chinese Drywall:** *Claims Administrator for the remediation settlements in the MDL litigation in federal court in New Orleans.*

**Vioxx Settlement Program:** *Claims Administrator for the settlement in the MDL litigation over the painkiller Vioxx.*

**"Fen-Phen" Diet Drug Settlement:** *Liaison for Wyeth (formerly American Home Products Corporation) and AHP Settlement Trust in the class settlement of diet drug claims.*

**Seroquel:** *Project Management Office and Special Master for case-specific discovery in the MDL litigation arising from this anti-psychotic medication.*



115 South 15th Street, Suite 400
Richmond, Virginia 23219-4209
T: (804)521-7200 F: (804)521-7299
www.browngreer.com

**Sulzer Settlement Trust:** *Legal Counsel and Claims Administration in this hip and knee replacement settlement.*

**Dalkon Shield Claimants Trust:** *Executive Director, General Counsel, and Outside Counsel for three trust funds handling claims arising from the Dalkon Shield IUD.*

## TECHNOLOGY

BrownGreer prides itself on using the latest and best technology available to maximize performance and efficiency. We rely on industry standards for reliability and conformity in relating to our external associates and partners. Our technology is one of the things that set us apart. We create interactive databases that allow for instantaneous exchange of information, eliminating costs associated with data entry, delays increasing the efficiency and ease with which vast amounts of information are shared. We establish secure web-based portals that allow for real-time data entry, ad hoc reporting by external users, access to information about claim status that is accessible to only the person authorized to access such data, and automatic notification of deadlines that are accompanied by email blasts alerting parties to these deadlines and requirements.

BrownGreer boasts a team of seasoned software developers whose members work with our attorneys to identify every unique requirement of each project and then design, update, and report from custom-built platforms. Our database applications not only track claim and litigation activity, they also serve as tools to trigger claim processing events, or litigation activity. We can access over a terabyte of pertinent information in seconds. We track litigation and claim activity for millions of claimants involving claims of billions of dollars.

No two claims administration or litigation tracking projects are identical. Our ability to customize the tools to perform those tasks makes our work more efficient, our work and outcomes more predictable, and our clients more successful and satisfied. Our experience designing and building claims databases means that when we customize a new client's database, we do so efficiently. This kind of application flexibility and performance helps deliver the optimal results to our clients.