# EXHIBIT 8

A portion of this document has been redacted pursuant to the Stipulated Protective Order (Docket No. 66) (Aug. 30, 2012), ¶ 6. An unredacted version has been filed under seal.

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

_____
MARY MORGAN, et al., on       |
behalf of themselves and all  |
others similarly situated     |
                              |
        Plaintiffs,           |
                              |
vs.                           | Civil Action No.:
                              | 3:12CV373
RICHMOND SCHOOL OF HEALTH     |
AND TECHNOLOGY, INC.          |
                              |
        Defendant.            |
_____|

DEPOSITION OF TAMMARA R. HERBERT

September 13, 2012
1:00 p.m.

Taken at:
BRENNER, EVANS & MILLMAN
411 East Franklin Street
Richmond, Virginia 23219

REPORTED BY: HELEN B. YARBROUGH, RPR, CCR, CLR

COOK & WILEY, INC.
Registered Professional Reporters
3751 Westerre Parkway, Suite D-1
Richmond, Virginia 23233
(804)359-1984

Page 2

1  APPEARANCES:
2  Glenn Schlactus, Esquire
   Tara Ramchandani, Esquire
3  Jia Cobb, Esquire
   RELMAN, DANE & COLFAX, PLLC
4  1225 19th Street, NW, Suite 600
   Washington, DC 20036-2456
5  202-728-1888
   Counsel for the Plaintiffs
6
7  Alexander S. de Witt, Esquire
   BRENNER, EVANS & MILLMAN, P.C.
8  411 East Franklin Street, Suite 200
   Richmond, Virginia 23219-0470
9  804-644-1300
   Counsel for the Defendant
10
11
12 ALSO PRESENT:
13 Allison Pincus
14
15
16        I N D E X
17                    PAGE
18
   HERBERT, TAMMARA R.
19
     By Mr. de Witt        4
20
     By Mr. Schlactus    101
21
     By Mr. de Witt      112
22

Page 3

1              E X H I B I T S
2  NUMBER                          PAGE
3  45   RSHT Student Data Sheet, Beginning   31
        with Bates No. RSHT0011148
4
   46   Copy of RSHT 2004-2005 School        38
5       Catalog, Beginning with Bates No.
        RSHT0022278
6
   47   Career Questionnaire, Bates No.      39
7       RSHT0011150
8  48   Acceptance Letter, Bates No.         46
        RSHT0011168
9
   49   RSHT Enrollment Agreement,           48
10      Beginning with Bates No. RSHT00110026
11 50   Statement of Rights and              50
        Responsibilities Summary Checklist,
12      Beginning with Bates No. RSHT0011114
13 51   Acknowledgment of Textbooks          51
        Received, Beginning with Bates No.
14      RSHT0011174
15 52   Photograph of Stethoscope            52
16 53   New Student Orientation              53
        Acknowledgment
17
   54   Direct Loans Master Promissory Note, 55
18      Beginning with Bates No. RSHT001111
19 55   Student Loan Documents, Beginning    56
        with Bates No. RSHT0011134
20
   56   Student Placement Form               62
21
   57   Graduate Employment and Evaluation   64
22      Questionnaire
23 58   Official Transcript                  69
24
25

Page 4

1
2       TAMMARA R. HERBERT, a Plaintiff, called by
3  the Defendant, first being duly sworn, testified as
4  follows:
5
6       EXAMINATION BY MR. DE WITT:
7
8    Q  Will you please state your full name,
9  please.
10   A  My name is Tammara Rolesia Herbert.
11   Q  Herbert?
12   A  Correct.
13   Q  If you could spell, please, your first,
14 middle and last name.
15   A  Okay.  My first name is spelled
16 T-A-M-M-A-R-A.  My middle name is R-O-L-E-S-I-A.  And
17 my last name is H-E-R-B-E-R-T.
18   Q  Thank you.
19   A  You are welcome.
20   Q  And your date of birth?
21   A  
22   Q  And the last four digits of your social?
23   A  
24   Q  Thank you.  Ms. Herbert, my name is Alex
25 de Witt.  I'm an attorney, and I represent the

1 (Pages 1 to 4)

Page 25

1    Q   I'm trying to understand the time frame.
2  Were you still taking classes at J. Sargeant Reynolds
3  when you started at RSHT, or had you finished your
4  coursework at J. Sargeant Reynolds?
5    A   I was not enrolled in J. Sargeant Reynolds
6  at the time of my involvement at RSHT.
7    Q   Okay. Was there a lapse of time? What was
8  the time period between finishing up J. Sargeant
9  Reynolds and starting RSHT? Do you remember?
10   A   I don't.
11   Q   How did you fund your education at J.
12 Sargeant Reynolds?
13   A   I don't understand the question.
14   Q   Was there a tuition charge at J. Sargeant
15 Reynolds?
16   A   Yes.
17   Q   Okay. How did you pay for tuition at J.
18 Sargeant Reynolds?
19       MR. SCHLACTUS: Objection based on the
20 scope of Judge Gibney's discovery limitations. You
21 can go ahead and answer.
22   A   I received a Pell Grant.
23   Q   Did you take on any federal student loans?
24   A   I did not.
25   Q   The Pell Grant by itself was sufficient to

Page 26

1  pay the tuition at J. Sargeant Reynolds?
2    A   Yes, sir.
3    Q   How about VCU? Did you have a Pell Grant to
4  fund that tuition as well?
5    A   No.
6    Q   Did you pay that out-of-pocket?
7    A   Yes, sir.
8    Q   So when you came to RSHT, you had no federal
9  student loan obligations?
10   A   What you do you mean by "obligations"?
11   Q   Had you taken out any federal student loans
12 prior to RSHT?
13   A   Are you asking, like, if I took one out,
14 like, right before I went to RSHT or anytime during my
15 schooling career?
16   Q   Anytime prior to RSHT. I'm not talking
17 about any loans you took out at RSHT. I'm talking
18 about before.
19   A   And you're saying loans, not Pell Grants?
20   Q   Loans only, yes, ma'am.
21   A   No, I had never had a loan.
22   Q   Okay. So you had the Pell Grant, and that's
23 the only type of tuition funding that you'd obtained
24 through the federal government?
25   A   That is correct.

Page 27

1    Q   Thank you. All right. How did you learn
2  about RSHT?
3    A   I had heard advertisements on radio and on
4  TV.
5    Q   Do you remember which radio station?
6    A   I don't.
7    Q   Do you remember which television station?
8    A   I don't.
9    Q   Do you remember approximately when you heard
10 the radio advertisements?
11   A   I don't.
12   Q   There's an allegation, I believe, in the
13 complaint, second amended complaint, that you
14 first learned about RSHT in the summer of 2005. Does
15 that sound accurate?
16   A   It does.
17   Q   Okay. Would you have heard the radio
18 advertisements in approximately the summer of 2005, or
19 do you have any memory one way or the other?
20   A   I don't.
21   Q   Same thing with television advertisements?
22   A   I don't remember.
23   Q   Do you remember anything about the
24 advertisements?
25   A   No.

Page 28

1    Q   In other words, like, the message or what
2  you saw? You have no memory of that?
3    A   No, sir.
4    Q   Okay. When you saw the advertisements,
5  what's the next step you took? Did you contact RSHT?
6    A   Yes, sir.
7    Q   How did you contact them?
8    A   I don't -- I don't follow your question.
9    Q   Did you pick up the phone and call someone
10 at RSHT?
11   A   I don't remember.
12   Q   Do you know if you went to RSHT to see the
13 campus?
14   A   I did.
15   Q   Was that your first contact with RSHT?
16   A   I don't know.
17   Q   So you have no memory one way or the other
18 whether you talked to somebody on the phone in the
19 summer of 2005?
20   A   No.
21   Q   Okay. Tell me your first memory of having
22 any contact with somebody at RSHT. What is your
23 first memory?
24   A   My first memory was seeing someone in
25 admissions.

Page 29

1    Q   Okay.  Before you saw that someone in
2   admissions, had you done any research regarding RSHT?
3    A   No.
4    Q   Okay.  Had you talked to anyone about
5   RSHT -- friends, family, anybody?
6    A   I had not.
7    Q   Okay.  So all you knew at that point is what
8   you'd seen in an advertisement or heard in a radio
9   advertisement?
10   A   That's correct.
11
12        (Off-the-record discussion.)
13
14  BY MR. DE WITT:  (Continuing)
15   Q   So you physically went to the RSHT campus;
16  is that correct?
17   A   That's correct.
18   Q   The Richmond campus at Willow Lawn?
19   A   Correct.
20   Q   Which was near your -- were you at the
21  beauty -- Sally Beauty?
22   A   No.
23
24        (Ms. Pincus arrives at the deposition.)
25

Page 30

1    Q   When you went over to the Richmond campus of
2   RSHT, did you have a specific interest?
3    A   I did.
4    Q   What was that?
5    A   Nursing.
6    Q   Is that an interest you'd developed while
7   you were attending J. Sargeant Reynolds?
8    A   Yes.
9    Q   Okay.  Were you taking any specific classes
10  at J. Sargeant Reynolds that triggered that interest?
11   A   No.
12   Q   All right.  Okay.  So you were just -- you
13  were about to tell me about your first memory with the
14  admissions officer.  Do you remember, was it a male or
15  female?
16   A   Female.
17   Q   Do you remember her name?
18   A   Jackie.
19   Q   Okay.  And where was the meeting?  Where in
20  the building?  Do you remember?
21   A   It was in her office.
22   Q   When you arrived at the campus, RSHT's
23  Richmond office, was Jackie the first person you spoke
24  to when you were there?
25   A   I don't remember.

Page 31

1    Q   You don't remember talking to a receptionist
2   or intake person?
3    A   I don't remember.
4    Q   Okay.  Do you remember filling in a form?
5    A   I can't say that I do.
6        MR. DE WITT:  Okay.  Go ahead and mark
7   this as 45.  I'll give one to your counsel.
8        MR. SCHLACTUS:  Thank you.
9
10       (Deposition Exhibit 45 is marked.)
11
12   Q   Ms. Herbert, take a second and look at this
13  document and let me know if it looks familiar.
14   A   It does.
15       MR. SCHLACTUS:  Did you look at the
16  whole document?
17   A   It looks familiar.
18   Q   Is this your handwriting on this student
19  data sheet?
20   A   Yes.
21   Q   On the front page, top right corner of this
22  form, there's a date of 6/20/04.  Did you go to RSHT
23  in June of 2004, or could that have been a typo and
24  you meant to write 6/20/05, or you just don't know one
25  way or the other?

Page 32

1    A   No, I don't remember.
2    Q   You just don't know one way or the other
3   whether you could have gone there in June of 2004?
4    A   No, I do not.
5    Q   Okay.
6    A   That is, I did not --
7        MR. SCHLACTUS:  Were you done with your
8   answer?
9        THE WITNESS:  No.  I'm looking at the
10  paper.
11       Upon further inspection, some of the
12  things on here are not my handwriting, and there are
13  some things that are.
14   Q   All right.  What items are your handwriting?
15  Is everything in the personal data section your
16  handwriting?
17   A   No.
18   Q   What's not your handwriting in the personal
19  data section?
20   A   (Pause.)
21   Q   Ma'am, did you hear my question?
22   A   I did.  I'm thinking, sir.
23   Q   Let me ask you, where it says "Name," is
24  that your handwriting?
25   A   I can read.  I just need a second.

8 (Pages 29 to 32)

Page 101

1  Q  And do you remember the conversation?
2  A  Just, I remember her telling me they still
3  didn't have anything available.
4  Q  Anything else?
5  A  No.
6  Q  Did you make any other type of inquiry at
7  RSHT with respect to job placement other than those
8  two conversations?
9  A  No.
10      MR. DE WITT: Okay, Ms. Herbert, thank
11 you very much for your patience today. I don't know
12 if your lawyers have any follow-up for you, but that
13 would be my questions.
14      MR. SCHLACTUS: I've just got a few
15 short follow-ups.
16
17      EXAMINATION BY MR. SCHLACTUS:
18
19 Q  Let me first ask you a couple questions
20 about the clinicals that Mr. de Witt was asking you
21 about?
22 A  Yes.
23 Q  Was one of them at a day care center?
24 A  Yes.
25 Q  And was that one of them that you mentioned?

Page 102

1  A  No.
2  Q  What was the name of that facility?
3  A  It was Monument Child Day Care. It was
4  located in a church -- in a church off of Monument.
5  Q  And can you take a moment and think if there
6  are any others besides the day care center or the few
7  that you talked Mr. DeWitt about? And just to the
8  best of your recollection, make sure you've indicated
9  all of them here today.
10 A  I believe that is all.
11 Q  Okay. Thank you. And you said there were
12 other RSHT students that went to the clinicals with
13 you; is that correct?
14 A  Yes.
15 Q  Were they other LPN students?
16 A  Yes.
17 Q  Were any of them from other RSHT programs?
18 A  No.
19 Q  I want to ask you a question just to make
20 sure something earlier in the deposition was clear.
21 Mr. DeWitt, at a couple points, asked you questions
22 about talking to other RSHT students. When you were
23 at RSHT, did you talk to other RSHT students?
24 A  Yes.
25 Q  When you were at RSHT, did you talk to other

Page 103

1  RSHT students about various aspects of your experience
2  at RSHT?
3  A  Yes.
4  Q  Okay. Thank you. You sat for the LPN
5  licensing examination, right?
6  A  Yes, sir.
7  Q  And you did not pass; is that correct?
8  A  That is correct, I did not.
9  Q  Is that why you stopped looking for an LPN
10 job after you graduated from RSHT?
11 A  That is correct. You cannot practice -- you
12 cannot practice licensed practical nursing without a
13 license.
14 Q  You said something about your intent to take
15 the LPN licensing examination again; is that right?
16 A  Correct.
17 Q  And I just wasn't clear on whether you were
18 saying that you had the intent to take the exam again
19 at a certain point in the past or whether you still
20 have the intent and hope to take it some day. Can you
21 tell me which one it was?
22 A  I still hope to.
23 Q  I'm going to show you Exhibit Number 57
24 again, and I'm going to direct your attention to the
25 second page. Do you see near the top where there's

Page 104

1  the question, "How did your training program at RSHT
2  prepare you for your job?"
3  A  Yes.
4  Q  And the answer checked there is
5  "Adequately"; is that right?
6  A  Correct.
7  Q  Your job at that time was at Sally's Beauty;
8  is that right?
9  A  Correct.
10 Q  And did your training at RSHT have any
11 relationship to your duties at Sally's Beauty?
12 A  It did not.
13 Q  Coming down a little bit, there's text that
14 you wrote in, starting with the reference to Belinda
15 Robertson. Do you see that?
16 A  Yes.
17 Q  Okay. What was your relationship with
18 Ms. Robertson like while you were a student at RSHT?
19 A  She was friendly and helpful. She worked in
20 financial aid.
21 Q  Okay. How did she treat you?
22 A  She -- she treated me pretty well.
23 Q  What kinds of things did you talk to her
24 about?
25 A  I asked her a few questions regarding

26 (Pages 101 to 104)

# HERBERT DEPOSITION

# EXHIBIT 49

# RSHT Training Center
## ENROLLMENT AGREEMENT

[☒] Main Campus:
1601 Willow Lawn Drive, Suite 320
Richmond, VA 23230

[ ] Branch Campus:
702 Charlton Avenue, Suite A
Charlottesville, VA 22902

Name: Tammara Herbert
First    MI    Last

SSN: [redacted]

Address: [redacted]

Birth date: [redacted]

City: Richmond   State: Va   Zip Code: 23222

As the above-named applicant, I hereby agree to be enrolled in the **Practical Nursing** program which is **60** weeks of instructional time. Classes are scheduled to begin on **6/27/05** and end on **Sept 1, 2006**. Classes meet **Mon-Fri** from **8:30AM** to **9:30pm**.

**I understand that the estimated total costs of this program are as follows:**

Total tuition of $ **18,000**, a non-refundable registration fee of $ **75**, and _____ fee of $ _____. Should I have to repeat a course, I will be charged a *per credit hour* fee of $ **220**.
I understand that the above fees are in fact an estimate, and that the actual cost of these items will be billed to my account per semester or similar period of enrollment. I hereby acknowledge payment of a deposit of $ **75**, leaving a balance due to the institution of $ **18,000**.

I hereby agree to all provisions of this Enrollment Agreement, and understand that I have agreed to accept a place in the class described above and agree to pay to the RSHT Training Center all fees according to the terms and conditions contained herein. Furthermore, I acknowledge that I have read, fully understand, and received a copy of this agreement.

I understand that this agreement becomes a legally binding instrument upon the school's written acceptance of my application, unless cancelled by me pursuant to the refund policy contained within this agreement.

Student Signature: _[signed]_   Date: 6/21/05
Grantor's Signature: Jacki   Date: 6/21/05

**EXHIBIT 49**
9/13/12

Note: Please read and initial the statements on the back of this sheet.

Form # 316/RSHT   Revised 09/16/2004

RSHT Herbet, Tammara0008

RSHT0011026

**Attendance:**

Attendance is required at all scheduled classes. If in an emergency an absence becomes necessary, the student must notify the school prior to the beginning of the schedule class. Students with seven consecutive absences or total absences exceeding 25% of their scheduled classes, will be dropped from the program. Refer to the School Catalog and Student Handbook for further details.

Initials _____

**Cancellation and Refund Policy:**

If an applicant cancels this agreement no later than the third business day after the date of this agreement, a full refund will be made. Failure to cancel within the three business days obligates the applicant to the registration fee. The registration fee for the Practical Nursing Program is $75.00 and the registration fee for all other programs is $50.00. If a class is cancelled by the school, all monies will be refunded.

All students will be charged a non-refundable application fee plus the cost of textbooks, materials, and supplies received in addition to the tuition charges as specified below. The portion of the program completed will be determined by the number of weeks attended. Any portion of a week's attendance will be considered a full week for the purpose of the refund calculation.

1. If a student does not begin classes, no more than $100.00 of the tuition paid will be retained by the school.

2. A student who enters school but withdraws prior to completing the first 25% of the period charged will be assessed 50% of the tuition charges for the period.

3. A student who withdraws after completing the first 25%, but prior to completing 50% of the period charged, will be assessed 75% of the tuition charges for the period.

4. A student who withdraws after completing half, or more than half, of the period charged is assessed 100% of the tuition charges for the period.

Refunds are made within 30 days of the cancellation date or date of withdrawal.

Initials _____

**Standards:**

Students are required to abide by the proper standards for dress and conduct while in attendance at all classes and externship training. Profanity, disorderly conduct, or other action which, in the opinion of the school is disruptive, will not be tolerated and will be grounds for dismissal for the program.

Initials _____

**Placement:**

Each graduate may avail him or herself of the school's job placement assistance program. RSHT Training Center DOES NOT GUARANTEE EMPLOYMENT. However, every effort will be made to assist the graduate in obtaining employment. There is no charge for this service.

Initials _____

RSHT Training Center reserves the right to make changes to the program start date, content, schedule, and/or training hours as deemed necessary.

Initials _____

**Conditions of Agreement:**

This constitutes the entire agreement between the applicant and the school, and no other promise or agreement expressed or implied, has been made either orally or in writing. Should the student fail to meet the terms of his/her financial obligations contained in this agreement, the school reserves the right to add to this agreement a reasonable amount for collection costs incurred including, but not limited to, collection agency fees, attorney fees of 33.3%, court costs, etc.

Initials _____

Form # 316/RSHT    Revised 09/16/2004