# EXHIBIT

# 9

A portion of this document has been redacted pursuant to the Stipulated Protective Order (Docket No. 66) (Aug. 30, 2012), ¶ 6.  An unredacted version has been filed under seal.

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARY MORGAN, et al.,
on behalf of themselves and
all other similarly situated,
    Plaintiffs,

vs.        Civil Action No.
        3:12cv373-JAG

RICHMOND SCHOOL OF HEALTH
AND TECHNOLOGY, INC.,

    Defendant.

DEPOSITION OF LORETTA TOWNS

September 17, 2012
1:03 p.m.

Taken at:

BRENNER, EVANS & MILLMAN, P.C.
411 East Franklin Street, Suite 200
Richmond, Virginia  23219

REPORTED BY:  Lisa M. Blair, RPR
COOK & WILEY, INC.
Registered Professional Reporters
3751 Westerre Parkway, Suite D-1
Richmond, Virginia  23233
804.359.1984

Page 2

1  APPEARANCES:
2  Jia Cobb, Esquire
    Jennifer I. Klar, Esquire
3  RELMAN, DANE & COLFAX PLLC
    1225 19th Street NW
4  Suite 600
    Washington DC  20036
5  202-728-1888
    Counsel for the Plaintiffs
6
7  Alexander S. deWitt, Esquire
    BRENNER, EVANS & MILLMAN, P.C.
8  411 East Franklin Street, Suite 200
    Richmond, Virginia 23219-0470
9  804-644-1300
    Counsel for the Defendant
10
11
12  ALSO PRESENT:
13  Zoe Friedland, Paralegal
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

I N D E X

LORETTA TOWNS            PAGE
  By Mr. deWitt      5, 108
  By Ms. Cobb      102

E X H I B I T S

EXHIBITS           PAGE

124  RSHT0005330 to 5331    10
125  RSHT0005310    28
126  RSHT0022062 to 22098    31
127  RSHT0005348 to 5349    31
128  RSHT0005406    34
129  RSHT0005383    35
130  RSHT0005412    36
131  RSHT0005387 to 5385    37
132  RSHT0005414    38
133  RSHT0005335    39
134  RSHT0005337 to 5338    40
135  RSHT0005415    41
136  P-000153 to 159    72
137  RSHT0005408 to 5409    73
138  PL000630 to 631    74

Page 4

139  P-000163    75
140  PL000616    80
141  P-000139    81
142  RSHT0005342 to 5343    82
143  RSHT0005344    86
144  RSHT0031481    87
145  RSHT0005416    88
146  RSHT0005419    90
147  RSHT0005421 to 5424    92

Electronically signed by Lisa Blair (501-025-348-9548)    9498bb09-02cc-42e9-badf-36314e11abbd

Page 5

1   LORETTA TOWNS, a Plaintiff, called
2   by the Defendant, first being duly sworn, testified as
3   follows:
4
5   EXAMINATION BY MR. DEWITT:
6
7   Q.   Ms. Towns, good afternoon.
8   A.   Good afternoon.
9   Q.   My name is Alex deWitt.  I represent the
10  Richmond School of Health and Technology, Inc. in a
11  lawsuit brought by Mary Morgan, yourself, and six
12  others, now pending in the U.S. District Court for the
13  Eastern District of Virginia, Richmond Division.
14  We're here to take your deposition this afternoon.
15       Have you given deposition testimony
16  before?
17  A.   No, I haven't.
18  Q.   I'm going to ask you a series of
19  questions this afternoon relating to the lawsuit and
20  the claims in the lawsuit.  And you're going to be
21  expected to answer those questions as best you can.
22  If any of my questions are unclear, please let me
23  know, and I'm happy to rephrase.
24  A.   Okay.
25  Q.   If you answer, however, I'll assume that

Page 6

1   you understood the question.
2   A.   Okay.
3   Q.   Some of the questions will ask for a yes
4   or a no, so please say yes or no, instead of shaking
5   your head or nodding your head, because the court
6   reporter is taking down everything that we're saying.
7   A.   Okay.
8   Q.   The deposition is scheduled to last about
9   three hours.  So if at any point you need a
10  five-minute break, just let us know, and we're happy
11  to take a break.
12  A.   Okay.
13  Q.   Would you state your full name, please?
14  A.   Loretta McInnis Towns.
15  Q.   And could you spell your first and middle
16  name, please?
17  A.   L-O-R-E-T-T-A, M-C-I-N-N-I-S.
18  Q.   Thank you.  And what is your date of
19  birth, ma'am?
20  A.   ████
21  Q.   And the last four digits of your Social
22  Security number?
23  A.   ███
24  Q.   And my understanding is that Loretta
25  McInnis Towns is your married name?

Page 7

1   A.   Yes.
2   Q.   Okay.  What is your maiden name?
3   A.   McInnis.
4   Q.   Have you also had the last name Dortch?
5   A.   Correct.
6   Q.   Was that the name -- when you enrolled at
7   RSHT, your name was Loretta Dortch?
8   A.   Correct.
9   Q.   Was that a married name also?
10  A.   Yes.
11  Q.   What about Irvy, I-R-V-Y, is that a prior
12  name?
13  A.   I R B -- as in "boy" -- Y.
14  Q.   Thank you.  Irby --
15  A.   Yes.
16  Q.   -- was that also a married name?
17  A.   Yes.
18  Q.   Just a couple of preliminary questions.
19  Have you reviewed any documents in preparation for
20  today's deposition?
21  A.   Yes.
22  Q.   What have you reviewed?
23  A.   The documents that were sent to my
24  lawyers.
25  Q.   And that includes -- I think I've seen

Page 8

1   some e-mails?
2   A.   Yes.
3   Q.   Have you reviewed any documents produced
4   by Richmond School of Health and Technology, Inc. in
5   this litigation?
6   A.   I'm not understanding that question,
7   because I did forward emails, and those e-mails were
8   transferred back to me.  So those are documents from
9   RSHT.
10  Q.   And I'll refer to RSHT as the Richmond
11  School of Health and Technology, Inc.
12       Any documents that RSHT has produced to
13  your lawyers in this case, have you -- do you know
14  whether you've reviewed any of those documents?
15  A.   No.
16  Q.   And other than your lawyers, have you
17  communicated either verbally or in writing with anyone
18  regarding today's deposition?
19  A.   No.
20  Q.   And other than your lawyers, have you
21  communicated with anyone verbally or in writing
22  regarding the lawsuit?
23  A.   No.
24  Q.   This includes any students or former
25  students at RSHT.  Have you communicated with anyone,

Electronically signed by Lisa Blair (501-025-348-9548)                                              9498bb09-02cc-42e9-badf-36314e11abbd

Page 17

1    Q.    Any benefits?
2    A.    Yes.
3    Q.    And do you still have that position
4  today?
5    A.    No.
6    Q.    How long did you -- first of all, what
7  was your position at Coventry Health Care?
8    A.    Customer service.
9    Q.    Can you just describe for me just
10 generally what you did as a customer service employee?
11   A.    Updated medical files for physicians in
12 clinics.
13   Q.    Okay.  Anything else?
14   A.    That was basically it.
15   Q.    Okay.  Did you have to work individually
16 with patients or with --
17   A.    No patients.  Everything was behind
18 closed doors.  No phone contact.  Just a lot of data
19 entry.
20   Q.    And was that your employer when you
21 finished attending RSHT?
22   A.    Yes.
23   Q.    Okay.  And did you continue your
24 employment after RSHT?
25   A.    No.

Page 18

1    Q.    Okay.  What change did you make in your
2  employment?
3    A.    New job.
4    Q.    Okay.  Where did you get a new job?
5    A.    Where I am currently now, the Hermitage
6  At Cedarfield, which is where I plan to retire.
7    Q.    Which is where you plan to retire; is
8  that what you said?  Is it a nice facility?
9    A.    (Indicating in the affirmative).
10   Q.    Did you finish RSHT at the end of 2010?
11   A.    Yes.
12   Q.    So you had started work at the Hermitage
13 At Cedarfield approximately --
14   A.    November last year.
15   Q.    November 2011?
16   A.    Yes.
17   Q.    Was there a period of time where you were
18 unemployed in between Coventry Health Care and
19 Hermitage?
20   A.    No.
21   Q.    And is there a reason why you made that
22 transition to the Hermitage?
23   A.    Benefits, better opportunity.
24   Q.    What is your position at the Hermitage?
25   A.    Administrative assistant.

Page 19

1    Q.    Are you still hourly?
2    A.    Yes.
3    Q.    What's your hourly rate?
4    A.    18.
5    Q.    And what additional benefits did they
6  offer you?
7    A.    Besides pay?
8    Q.    Besides pay, yes, ma'am.
9    A.    Well, an incentive just to work there.
10 It's a great place to work.
11   Q.    And can you describe for me what you do
12 as an administrative assistant?
13   A.    A lot of data entry, letters, I guess
14 basic office duties, copying, faxing, mail, phones.
15   Q.    How did you first learn about RSHT?
16   A.    Let's see.  I recall watching TV, and I
17 think I saw a commercial, an advertisement.
18   Q.    Do you remember what you were watching on
19 TV?
20   A.    No, I don't.
21   Q.    Do you remember the channel?
22   A.    I generally watch two channels, either
23 BET or TV1.
24   Q.    It could have been either?
25   A.    Could have been either.

Page 20

1    Q.    TV1, I'm just trying to -- is this cable
2  television?
3    A.    Yes.
4    Q.    And you say you generally watch.  As you
5  sit here today, do you know which channel you were
6  watching when you saw this commercial?
7    A.    I don't recall.
8    Q.    Okay.  Do you remember the commercial
9  itself?
10   A.    Faintly.
11   Q.    What do you faintly remember?  I'm just
12 trying to understand.
13   A.    I remember -- I remember the commercial
14 saying that they were offering these different type of
15 courses, and they were showing some of the students.
16 They were showing some of the classes.  They showed
17 students like on computers, some of the nursing
18 students, and where they were located.
19   Q.    Did you write anything down when you saw
20 the commercial?
21   A.    No.
22   Q.    Did you -- did seeing the commercial
23 prompt you to do anything?
24   A.    It sparked an interest, and that's what
25 made me give them a call.

5 (Pages 17 to 20)

Electronically signed by Lisa Blair (501-025-348-9548)                                    9498bb09-02cc-42e9-badf-36314e11abbd

Page 21

```
 1        Q.    All right.  And just recall for me the
 2   day that you called RSHT.
 3        A.    I think I called inquiring about the
 4   school at the time, and just wanted some information
 5   on some of the courses that they were offering.  I
 6   think at that time I was interested in the nursing
 7   program.
 8        Q.    Do you remember the conversation with
 9   whoever you spoke to on the phone?
10        A.    I don't remember that conversation.
11        Q.    Okay.  Do you remember how you left
12   things?  Did the person on the other line from RSHT
13   indicate they would send you some information?
14        A.    I don't recall.
15        Q.    Okay.  At some point after that did you
16   have another phone call with someone at RSHT?
17        A.    When I had an e-mail.
18        Q.    An e-mail.  Okay.  And who e-mailed you?
19        A.    The e-mail came from Rachel Butler.  And
20   she may have been one of the -- I don't know what they
21   call them -- registers, or one of the individuals.
22   And she was e-mailing me to see if I was still
23   interested in applying to school.
24        Q.    And were you?
25        A.    Yes, at that time, I was.
```

Page 22

```
 1        Q.    So did you-all e-mail back and forth?
 2        A.    Yes, we did.
 3        Q.    Okay.  And at some point did you decide
 4   that you wanted to go to the school and visit the
 5   school?
 6        A.    Yes.
 7        Q.    Would that have been in 2009?
 8        A.    I think the conversation with Rachel
 9   happened in 2008.
10        Q.    Okay.  Do you know if you went to RSHT in
11   2008?
12        A.    No, I did not.
13        Q.    Do you know when -- did you go in 2009?
14        A.    I did eventually go in 2009 after I was
15   contacted again by Sandra Napier.
16        Q.    By phone or by e-mail?
17        A.    By phone.
18        Q.    Did she call you?
19        A.    She called me.
20        Q.    And this would be sometime in, what, the
21   first four months of 2009?
22        A.    Yes.
23        Q.    Do you remember what month it was?
24        A.    I don't recall what month.  It may have
25   been April or March.  I know it was the beginning of
```

Page 23

```
 1   2009.
 2        Q.    And do you remember anything specific
 3   about that conversation with Ms. Napier?
 4        A.    Just her giving me a call saying that she
 5   was going through rosters calling individuals that
 6   perhaps were interested in attending the school.  And
 7   she indicated programs that they were offering, and
 8   wanted me to come down to the school to sit with her.
 9        Q.    Do you know which programs they were
10   offering which she told you?
11        A.    The programs at the time -- I don't
12   remember all the programs, but I did tell her that I
13   was interested in at that time the radiology program.
14   And she said they offered that program.
15        Q.    Do you know which campus you discussed?
16        A.    She did not discuss that until I showed
17   up.  When I showed up at the school, then she began to
18   tell me that there was a year waiting list for that
19   program, and that they were only offering it in the
20   Chesterfield area.
21        Q.    Before we get to the showing up and going
22   to the campus, is there anything else you remember
23   about your conversation on the phone with Ms. Napier?
24        A.    No.
25        Q.    Did you-all schedule an appointment
```

Page 24

```
 1   during that phone call?
 2        A.    Yes.
 3        Q.    Okay.  And was the appointment at the
 4   Richmond campus?
 5        A.    Correct.
 6        Q.    Do you happen to recall the day that
 7   you -- the date of the day that you went to the
 8   Richmond campus for that initial meeting?
 9        A.    It was in April.
10        Q.    In as best detail you can, recall for me
11   that meeting with Ms. Napier.
12        A.    I remember going to her office.  Very
13   jolly woman, very happy.  She was excited to see me.
14   She just asked general questions about myself and
15   things that I liked.
16             And, you know, that's when I told her
17   that I was really interested in the radiology program.
18   She told me that be a year waiting list, and
19   that once it opened it was only going to be in the
20   Chesterfield area.  And I was a little discouraged
21   from that, because I was really ready to go back to
22   school, but I didn't want to get on a waiting list.
23   And then I didn't want to go all the way to
24   Chesterfield.
25             So she began to tell me about other
```

Electronically signed by Lisa Blair (501-025-348-9548)                    9498bb09-02cc-42e9-badf-36314e11abbd

Page 25

1  programs they were offering. She said the surgical
2  tech program would be a really great program for you,
3  your personality. You know, you'll be working in the
4  OR with the doctors. You know, it's like the hottest
5  commodity right now. It pays good. You're guaranteed
6  to get a good job. I was hyped. I was excited.
7      Q. Did she tell you anything else?
8      A. No.
9      Q. Did you meet with anyone else during this
10  meeting at the Richmond campus?
11      A. Well, as she was discussing the program,
12  she did say that they were filling up quick. And if I
13  wanted to get in the class, I needed to sign up today,
14  and that Jennifer -- I don't remember her last name --
15  the bursar was here to help me get my paperwork
16  started. She called Jennifer on her phone. Jennifer
17  came in, introduced herself to me and said, When
18  you're finished, she'll bring you right over to my
19  office. We can get things started for you, and you
20  can start school.
21      Q. So you were interested at that point in
22  signing up and starting?
23      A. I was interested. I was ready to go back
24  to school, yeah.
25      Q. Had you thought, prior to that day, about

Page 26

1  how you were going to fund your tuition?
2      A. Well, prior to that, that was part of the
3  reason why I didn't go in the first initial
4  conversation with Rachel. And I did mention to her in
5  an e-mail about the finances -- you know, how was I
6  going to pay for it? You know, what was out there for
7  me? Going back to that e-mail, she indicated that
8  they would apply for grants. They would exude [sic]
9  all grants, which would probably pay half of my
10  tuition, if not all of it.
11      Q. So your intent was to fund your tuition
12  in part with grants and the balance with loans,
13  student loans?
14      A. Originally, just with grants. But when I
15  sat down with Sandra and Jen, Jen said that, We are
16  going to try every grant, and we're going to exhaust
17  all grants before we even try to get a loan.
18      Q. During that initial meeting -- well, let
19  me just finish with that day, that meeting.
20  Ms. Napier and Jennifer --
21      A. Jennifer -- I'm not sure of her last
22  name.
23      Q. The bursar?
24      A. Uh-huh (affirmative).
25      Q. Other than Ms. Napier and Jennifer, did

Page 27

1  you meet with anyone else that day?
2      A. No.
3      Q. Did either Ms. Napier or Jennifer give
4  you any information -- any, like, documents, any
5  pamphlets?
6      A. Ms. Napier gave me a packet that I looked
7  over. And then Jen gave me a big packet that I looked
8  over.
9      Q. Did they show you either a video or,
10  like, a PowerPoint presentation that day?
11      A. I don't recall.
12      Q. Okay.
13      MS. COBB: You don't recall seeing a video,
14  or you don't recall --
15      A. I don't recall seeing a video or
16  presentation.
17      MS. COBB: I'm sorry. This is my
18  misunderstanding. Are you saying you did not see the
19  video, or you don't remember whether or not you saw
20  the video?
21      A. I don't remember if I saw a video.
22      MS. COBB: Thank you.
23      Q. Do you remember either Jennifer or
24  Ms. Napier showing you anything on a computer screen?
25      A. No.

Page 28

1      Q. Was that the day that you applied for
2  admission to RSHT?
3      A. Yes.
4      (Exhibit Number 125 was marked for
5  identification).
6      Q. Okay. Let me just go ahead and show you
7  a document that's been marked Exhibit 125. When
8  you're ready, I'm going to ask you if this looks
9  familiar.
10      A. (Witness reviewing document).
11      Q. Does this document look familiar?
12      A. Yes.
13      Q. Okay. Is this an application for
14  admission that you filled in on 4-15-09?
15      A. Yes.
16      Q. And you signed it at the bottom?
17      A. Yes.
18      Q. Was this a document that you filled in
19  during your meeting with Ms. Napier?
20      A. Yes.
21      Q. In the middle of this application under
22  "employment," which is in bold, there is a question
23  after your company name and supervisor's name. "Does
24  your company offer tuition reimbursement?" And you
25  checked off "yes." Do you see that?

Electronically signed by Lisa Blair (501-025-348-9548)                    9498bb09-02cc-42e9-badf-36314e11abbd

Page 45

```
 1    in the beginning.
 2        Q.   Okay.  So five classes?
 3        A.   Yeah.
 4        Q.   Well, that would make sense, 5:30 to
 5    10:30 was five hours.  So was each class supposed to
 6    be an hour or less in duration?
 7        A.   I don't remember.
 8        Q.   And how long was that module, a period of
 9    like five weeks, or do you know?
10        A.   I don't remember.
11        Q.   Do you remember how long the entire surg
12    tech program was supposed to last?
13        A.   From beginning of June until December of
14    2010.
15        Q.   Okay.  Do you remember the second module?
16        A.   The second module consists of pretty much
17    the same classes, but then there was surgical tech.
18    It had different phases.
19        Q.   Surg tech had different phases?
20        A.   Yeah.
21        Q.   The second module phase of surg tech, did
22    you have the same teacher?
23        A.   I don't remember.
24        Q.   And then for the second module you had
25    Anatomy I?
```

Page 46

```
 1        A.   Yes.
 2        Q.   Same teacher?
 3        A.   Same teacher.
 4        Q.   Did you have Math for the second module
 5    as well?
 6        A.   I don't remember.
 7        Q.   English?
 8        A.   I don't remember, because it's how they
 9    had the classes set up.  You would go to English maybe
10    for the first module, and then the next one you'd
11    have -- oh, I can't recall this lady's class.  And
12    then you'd go back to English.  I don't remember.
13        Q.   All right.  Other than the phase two of
14    surg tech and Anatomy I, do you remember any specific
15    classes that you took during the second module?
16        A.   I don't understand.
17        Q.   Do you remember -- and I'm talking about
18    the subject matter of any specific classes you took
19    during the second module.
20        A.   Besides my surgical tech class?
21        Q.   Yes, ma'am.  And Anatomy I.
22        A.   There were no specifics, no.
23        Q.   I'm just trying to understand your
24    course -- your classwork, your course load, what you
25    were taking during that second module?
```

Page 47

```
 1        A.   I don't remember the order of the
 2    classes.  I just know that those were specific classes
 3    that I needed to graduate.
 4        Q.   Okay.  Let's talk about the first module.
 5    Did you have any complaints during the first module?
 6        A.   Yes.
 7        Q.   Okay.  And did you voice your complaints
 8    to anybody?
 9        A.   Yes.
10        Q.   Who did you voice your complaints to?
11        A.   Besides the teacher that was teaching us,
12    the complaints were to -- and I can't think of the
13    counselor's name at that time.  It was one of our
14    counselors that was assigned to us, who eventually was
15    let go.  And the complaint was that we were starting
16    Anatomy II without knowing Anatomy I.
17        Q.   Okay.  So did you -- you described it as
18    a male teacher for Anatomy II.  You just couldn't
19    remember his name.  Is he the person you complained
20    to?
21        A.   His name is Mr. Woolfolk.
22        Q.   How do you --
23        A.   I don't want to guess.
24        Q.   Did you complain to Mr. Woolfolk about
25    the order of Anatomy I and II?
```

Page 48

```
 1        A.   Well, I wouldn't say complain, but we
 2    voiced our concerns that, you know, we were coming
 3    into a class that had already started, and that they
 4    were on Anatomy II.  And he pretty much said that we
 5    would get it.
 6        Q.   That you would get Anatomy I, or that you
 7    would get the subject?
 8        A.   We'll get it.
 9        Q.   Okay.  And did you get it?
10        A.   Not really.  It was confusing.
11        Q.   What about Anatomy I, did you get it when
12    you took Anatomy I?
13        A.   Yes.
14        Q.   So back to the first module, did you have
15    any other complaints other than the order between
16    Anatomy I and Anatomy II?
17        A.   Math.  We didn't like the teachings of
18    the math teacher, because he would not give specifics
19    on how to do a problem.  And whenever we asked for
20    help, he would always say, You'll get it.  You'll get
21    it.  Or he'd say, Meet with me five minutes prior to
22    class; but whenever you tried to meet with him, he
23    would never be available.  I think eventually he was
24    either let go or transferred to another school.
25        Q.   Was that during your first module?
```

Electronically signed by Lisa Blair (501-025-348-9548)                                    9498bb09-02cc-42e9-badf-36314e11abbd

Page 49

1     A.    First module.
2     Q.    That he was let go, or did you have him
3   for the entire class?
4     A.    I had him for the entire class.
5     Q.    Did you ever have a chance to meet with
6   him?
7     A.    No.
8     Q.    What level math was this that you were
9   taking; do you know?
10     A.    Algebra I.
11     Q.    Any other complaints?  We talked about
12   the Math and the teacher not giving specifics on how
13   to do a problem, and the order of Anatomy I and
14   Anatomy II.
15     A.    For our Strategies teacher, which was a
16   waste, she pretty much talked about her love life, and
17   she brought in a video for us to watch, which consists
18   of young kids smoking marijuana and drinking.  And I
19   wish I could remember the name of the video.  One of
20   the students complained to the office, and I think she
21   was let go, because she was no longer attending our
22   school after that incident.
23     Q.    Do you know what happened to that
24   student?
25     A.    The student was still at the school.  The

Page 50

1   teacher was dismissed.
2     Q.    The teacher was.  I misunderstood what
3   you were saying.
4     A.    Yes.
5     Q.    The teacher of Strategies was let go?
6     A.    Yes.
7     Q.    That's Ms. Thomas?
8     A.    Uh-huh (affirmative).
9     Q.    Was she let go during your module or
10   after?
11     A.    I'm not sure.
12     Q.    Did you make any complaints to Ms. Thomas
13   about the class?
14     A.    No.
15     Q.    Did you make any complaints to any of the
16   administrative level or any other person at RSHT?
17     A.    I won't say complaints, but we discussed.
18   There were concerns about what was taking place in
19   class.
20     Q.    With whom?
21     A.    There was one teacher that we confided in
22   to, which was our -- one of our surgical tech teachers
23   who came later on.  And that was Ms. Goodson.
24     Q.    Okay.  Was she on staff during your first
25   module?

Page 51

1     A.    No.
2     Q.    So just so I understand, you made no
3   complaints to anyone regarding the Strategies class?
4     A.    No.
5     Q.    Okay.  You did complain to -- who did you
6   complain to about your issues with your Math teacher?
7     A.    It was the counselor there, and I don't
8   remember her name.
9     Q.    Okay.  Do you remember -- did she
10   respond, or do you know?
11     A.    No.  I don't remember.
12     Q.    And then you spoke to Mr. Woolfolk about
13   the order between Anatomy I and II, correct?
14     A.    Yes.
15     Q.    Were there any other complaints during
16   the first module?
17     A.    I want to say yes, because during our
18   surgical tech classes, we came in at a time that the
19   class was already in session.  So that was another
20   class that was already in session when we came in.  So
21   we were kind of lost as to what they were doing.  They
22   were already so far in advance in the books.  So we
23   pretty much just sat and listened and kind of watched.
24     Q.    Okay.  You're talking about the first
25   phase of the surg tech course?

Page 52

1     A.    Yes.
2     Q.    In module one?
3     A.    Uh-huh (affirmative).
4     Q.    When you started in June 2009?
5     A.    Uh-huh (affirmative).
6     Q.    The class was already in progress?
7     A.    Yep.  And, oh, Jeez, his last name starts
8   with a W, too.  But he was the gentleman -- we
9   actually -- he worked at Henrico Doctors', and he was
10   the one who actually got us into the externship
11   program.
12     Q.    The surg tech instructor worked at
13   Henrico Doctors'?
14     A.    Uh-huh (affirmative).  Yes.
15     Q.    Did you have any complaints about his
16   teaching the surg tech class?
17     A.    Not his teaching, no.  Just the fact that
18   we came in at a time that they were already in
19   scheduled classes.
20     Q.    Okay.  Was the instructor from Henrico
21   Doctors', was he able to teach you the material that
22   the other students had already learned?
23     A.    Yes.
24     Q.    Okay.  So that came a little bit later --
25     A.    Yes.

13  (Pages 49 to 52)

Electronically signed by Lisa Blair (501-025-348-9548)                                    9498bb09-02cc-42e9-badf-36314e11abbd

Page 53

1    Q.   -- in the course, just in a different
2  order?
3    A.   Uh-huh (affirmative).
4    Q.   Was he a good teacher otherwise?
5    A.   He was a good teacher.  We didn't have
6  the equipment nor the necessities that we needed, but
7  he would bring things from his job to help us out.  He
8  would bring in gowns and gloves and old instruments
9  that were out of date, but at least we got a chance to
10  touch them.
11    Q.   How did you know about whether they were
12  out of date?
13    A.   He would tell us.  You know, he'd say he
14  brought it from his job.  They were discontinued
15  instruments.  And I guess that's how he was able to
16  bring them to use them.
17    Q.   And you mentioned that the instructor
18  from Henrico Doctors' helped you get an externship?
19    A.   That was -- I can't remember his name,
20  but he had been there I guess for over ten years with
21  RSHT.  So he had a -- I don't want to say a contract,
22  but some type of verbal agreement with them that some
23  of the students could come to Henrico Doctors' and
24  work in the -- my brain is overworking.
25    Q.   The OR?

Page 54

1    A.   No.  And I'll probably have to come back
2  to it.
3    Q.   That's okay.  We will come back to it.
4        That kind of leads into in 2009, did you
5  participate in an externship?
6    A.   Not 2009.
7    Q.   Okay.  My understanding is that you did
8  three externships while you were at RSHT, correct?
9    A.   Yes.
10    Q.   And they were all in 2010?
11    A.   Yes.
12    Q.   Okay.
13    A.   Right before graduation.
14    Q.   And one of those was an externship that
15  the Henrico Doctors' instructor helped line up?
16    A.   Yes.
17    Q.   Was that externship at Henrico Doctors'?
18    A.   It was.
19    Q.   And were you the only one from RSHT that
20  participated, or were there other --
21    A.   No.  There were multiple students
22  throughout the course.  And I can't think of the name
23  of the place where we would go.  Central sterile.  And
24  then central sterile is where you pack instruments.
25  You clean instruments, and you wrap them up and pack

Page 55

1  them.  And you fold towels, lots of towels.
2    Q.   Was that your first externship at Henrico
3  Doctors'?
4    A.   I did my externships -- all three of my
5  externships there.
6    Q.   All of them were at Henrico Doctors'?
7    A.   In central sterile.
8    Q.   Okay.  Do you recall which instruments
9  you were working with?
10    A.   Mostly towels, folding lots of towels.
11    Q.   What were your hours each day?
12    A.   We had to be there at 3:30 to 11.
13    Q.   And did you have a supervisor who was an
14  employee of Henrico Doctors'?
15    A.   Yes; the teacher that was at RSHT.
16    Q.   He was your supervisor?
17    A.   Yes.
18    Q.   What was his --
19    A.   He worked in the evenings.
20    Q.   Do you know what his position was at
21  Henrico Doctors'?
22    A.   I do not.  But he was over central
23  sterile.
24    Q.   That was his department?
25    A.   Yes.

Page 56

1    Q.   Okay.  Other than towels, do you recall
2  what instruments -- you mentioned that you packed
3  instruments.  Do you know what instruments you worked
4  with?
5    A.   We were only allowed to touch certain
6  instruments, and I do recall doing like hysterectomy
7  instruments, because we were not taught in school what
8  the instruments were.  We kind of learned while we
9  were there cleaning instruments.  We would ask
10  employees, you know, what was that instrument?  You
11  know, what was it called?
12    Q.   Did you make notes as you asked, and
13  learn about different instruments?
14    A.   No.  I just kept it -- because these were
15  the instruments that we were going to be working with
16  all the time.  So I got used to working with those
17  instruments and they became familiar with me.  But
18  that was the only time we ever got a chance to touch
19  and interact with instruments.  So, you know, I was
20  hungry.  I wanted to know what they were.
21    Q.   What about the instruments that the
22  instructor from Henrico Doctors' brought to RSHT; do
23  you recall what they were?
24    A.   He had like -- they're called like -- for
25  cauterizing, clamps for holding, needles.

14  (Pages 53 to 56)

Page 57

1    Q.   Various instruments that you would be
2  working with in the surg tech field?
3    A.   Not necessarily, because those
4  instruments were out of date.  They weren't really
5  using those instruments anymore.  But it was just
6  something that, you know, we had that he could show us
7  that, you know --
8    Q.   How were the needles out of date?
9    A.   Well, the needles may not have been out
10  of date, but the actual instruments that you use in
11  the OR for specific operations.
12    Q.   Give me an example.
13    A.   Certain clamps that we had were probably
14  not being used in the OR anymore for a hysterectomy.
15    Q.   Okay.  And clamps are -- we're talking
16  about metal --
17    A.   Metal clamps.
18    Q.   Like medical devices?
19    A.   Right.
20    Q.   And do you know what the difference was
21  between the ones that you were being shown and the
22  ones that --
23    A.   I don't remember.
24    Q.   Okay.
25    A.   I don't remember.

Page 58

1    Q.   Can you think of anything else
2  specifically where the instruments that you were
3  handling and viewing were different than what might be
4  being used currently?
5    A.   It may not have even all been
6  instruments, but even some of the verbal language.
7  You know, I recall Ms. Goodson saying in the books the
8  way they were demonstrating how to wash their hands
9  and stuff, she was saying that was out of date, that
10  it's done differently now.  So we were learning old
11  ways of sterilization compared to what was going to be
12  happening in an actual OR.
13    Q.   Ms. Goodson, where was she employed?
14    A.   Ms. Goodson worked for Henrico
15  Orthopedics.  And she became a teacher at RSHT for one
16  of our surgical tech programs after the gentleman who
17  worked there was let go -- or either he left.  I'm not
18  sure how that came about.
19    Q.   Okay.  You mentioned that the gentleman
20  was a good teacher.  Was Ms. Goodson a good teacher?
21    A.   Ms. Goodson was a wonderful teacher.  We
22  actually petitioned to get her back after they fired
23  her for helping the students.
24    Q.   What module did you have Ms. Goodson as a
25  teacher?

Page 59

1    A.   I don't remember which module she came in
2  originally, but I do remember the last five weeks of
3  my last module she came back.  And that was after we
4  petitioned the school to get her back.
5    Q.   What did she teach you during your last
6  module?
7    A.   She was one of our surgical tech
8  instructors.  She would actually bring in instruments
9  from her job -- gloves, gowns.  We actually created a
10  make-believe patient on a gurney out of paper towels,
11  a gown, and gloves so she could demonstrate how, you
12  know, an operation would take place.
13    Q.   Okay.  Was she an RN?
14    A.   I don't know.
15    Q.   You don't know what her specialty was?
16    A.   No.
17    Q.   You just know that she was employed at
18  Henrico Orthopedics?
19    A.   Correct.
20    Q.   You mentioned she brought from Henrico
21  Orthopedics gloves, gowns, instruments.  Do you know
22  what the specific instruments were, or just various
23  instruments?
24    A.   I don't know.  Various.
25    Q.   And do you know whether the instruments

Page 60

1  were up to date?
2    A.   I don't know.
3    Q.   Okay.  And she was an effective, good
4  instructor?
5    A.   Very good teacher.  She really was
6  interested in the students' well-being.  She got
7  involved.  Her and I actually got together and tried
8  to set up a meeting with the director of the school to
9  let them know what problems we were having with not
10  having the necessities that the students needed, like
11  gowns and gloves and instruments and a workable
12  laboratory.
13    Q.   The types of things that she was bringing
14  to school to share with you for her class?
15    A.   Correct.
16    Q.   Did you have Ms. Goodson during a prior
17  module as a teacher?
18    A.   We did.
19    Q.   Okay.  Which module?
20    A.   I don't recall.  I know she was there.
21  It may have been the third.  I don't recall which one
22  she came in at.
23    Q.   We know there were four modules, correct?
24    A.   Uh-huh (affirmative).
25    Q.   So it would have been either the second

Electronically signed by Lisa Blair (501-025-348-9548)                    9498bb09-02cc-42e9-badf-36314e11abbd

Page 65

1   you took in the third module, you can answer for the
2   second time.
3        A.   I don't.
4        Q.   Did you have any complaints regarding any
5   of the other classes you took in the second or third
6   module, to the extent you can remember?
7        MS. COBB:   And I'll make the same objection
8   with respect to specifying which module.
9        Q.   How about this:  During any of the
10  modules --
11       A.   Yes.
12       Q.   -- through the fourth?
13       A.   Yes.
14       Q.   What specific complaints do you recall?
15       A.   I had a complaint with the English
16  teacher.
17       Q.   Okay.
18       A.   She gave me an F for a grade, but all of
19  my exams and homework indicated that I should have
20  received a B.  So I complained to the dean.  And he
21  didn't understand it, either.  So he tried to contact
22  Ms. Goodwin.  And for two weeks she did not respond to
23  him.  And I kept pressing the issue.  And finally they
24  had to go do a grade change, but she never gave me a
25  reason why she gave me an F.

Page 66

1        Q.   But based on your review of your test
2   scores and so forth, you determined that you deserved
3   a B?
4        A.   Correct.  That's why I fought it.
5        Q.   And that's what you were ultimately
6   awarded?
7        A.   Correct.
8        Q.   Any other specific complaints you recall
9   regarding any of your classes?
10       A.   Besides not learning anything, that was
11  basically it.  We just weren't equipped.
12       Q.   Well, when you say --
13       A.   We didn't have the correct necessities.
14  We didn't have supplies.  We were pretty much on our
15  own.  If it weren't for the students, us getting
16  together helping one another, we would not have made
17  it.  We encouraged each other to hang in there, not to
18  give up.  And we expected -- we expected the school to
19  give what they had agreed to give us, which was a
20  quality education, the training that, you know, we
21  were paying for.
22       Q.   That's what I'm trying to understand.
23  You testified that Ms. Goodson was a very good
24  teacher?
25       A.   She was a great teacher.

Page 67

1        Q.   But you didn't learn anything from her;
2   is that what you're saying?
3        A.   I learned from Ms. Goodson only because
4   she took the time to, you know, teach the students.
5   And without her bringing in the supplies from her job,
6   which was not provided by RSHT, was, you know,
7   part of the agreement that I signed, that they should
8   have provided that.  Had she not brought those
9   supplies in, we probably would not have learned much.
10       Q.   But she did bring those supplies in?
11       A.   But she did.
12       Q.   And the same thing with Mr. Womack?
13       MS. COBB:   Objection; asked and answered.  I
14  think she's answered twice both those teachers brought
15  supplies in.
16       Q.   I'm just trying to understand which
17  specific class you're complaining about.
18       A.   I'm complaining about the whole school
19  system, all the classes.  As indicated before, in
20  their contract they promised to provide a workable
21  lab.  They promised to provide instruments, up-to-date
22  instruments.  They promised to provide books that were
23  up to date so we could, you know, be successful in the
24  field we were going to school for, to work in the OR.
25  And they did not provide any of that.

Page 68

1        Q.   All right.  What was lacking about the
2   lab?  You said providing a workable lab.
3        A.   It was just a room.  I mean, if you're
4   going to have an operating room setup, so when I'm out
5   of there I know what an operating room looks like,
6   then the lab should be equipped with all the
7   necessities.  It was just a room with a gurney.  There
8   was nothing there.
9        Q.   What are you saying -- I'm just trying
10  to -- what should have been there?  What are you
11  saying should have been in that room?
12       MS. COBB:   I'm going to object that that
13  calls for speculation to the extent that a student
14  knows what should have been.  I think the witness
15  testified there was nothing in the lab.
16       Q.   What books are you claiming were not up
17  to date?
18       A.   The instrument books that we received.
19  And that was told to the students by one of the
20  teachers that the books were out of date, and that she
21  had mentioned it to the school.
22       Q.   The instrument books, do they have a
23  title that you can recall?
24       A.   I don't recall the name.
25       Q.   Are these books that you studied?

Electronically signed by Lisa Blair (501-025-348-9548)                    9498bb09-02cc-42e9-badf-36314e11abbd

Page 69

1   A.   They're books we used in class.
2   Q.   Other than the instrument books, are you
3   claiming that any other books were not up to date?
4   A.   Those are the only books that I recall
5   one of the teachers mentioning.  And they were --
6   there was lack of supply.  I remember some of the
7   students photocopying from those books so they would
8   have stuff to study.
9   Q.   Did you do any independent research or
10  investigation to determine whether the instrument
11  books were, in fact, not up to date?
12  A.   No.
13  Q.   So you're just relying on something that
14  somebody told you?
15  A.   I'm relying on a teacher that was
16  employed by RSHT, yes.
17  Q.   And what's her name?
18  A.   Ms. Goodwin -- Goodson, I'm sorry.
19  Q.   Ms. Goodwin was the English teacher?
20  A.   Yes.  Goodson was the surgical tech
21  teacher.
22  Q.   Did Ms. Goodson bring in different books
23  for you to look at --
24  A.   No.
25  Q.   -- while she taught you?

Page 70

1   She brought -- she brought the actual
2   instruments in for you to look at?
3   MS. COBB:  Objection to asked and answered
4   for the third time.
5   Q.   Was that a yes?
6   A.   Yes.
7   Q.   I'm sorry if you've already said this.
8   How long were each of the externships?  You said you
9   had three at Henrico Doctors'?
10  A.   Five weeks.
11  Q.   Five weeks apiece.  And while you were at
12  the externships during any of the five weeks, did you
13  have any complaints to your supervisor at Henrico
14  Doctors' regarding what you were doing or what you
15  were not doing?  Did you voice any complaints to your
16  supervisor, rather?
17  A.   No.
18  Q.   Did you ask your supervisor at Henrico
19  Doctors' whether you could do something different?
20  A.   We could not.  It wasn't our place to
21  ask.
22  Q.   I'm just trying to understand that
23  response.  Why was it not your place to ask?
24  A.   We were sent there by the school.  So
25  wherever they put us, that's where we had to be.

Page 71

1   Q.   Did you voice any complaints to anybody
2   at RSHT about what you were doing, or what you were
3   not doing --
4   A.   Yes.
5   Q.   -- at Henrico Doctors'?
6   Who did you complain to?
7   A.   Ms. Johnson, who was our externship
8   person that sent us out.
9   Q.   Okay.  What did you say to Ms. Johnson?
10  A.   Pretty much that all -- you know, all we
11  were doing were folding towels, and we were limited to
12  instruments.  Why weren't we being put in an OR, which
13  we were promised, that we would get time in the OR,
14  because part of our accreditation to graduate, we
15  needed 150 hours of OR time.  So spending five weeks
16  in a central sterile basement folding towels was not
17  giving me, you know, the hours that I needed to
18  graduate, to get certified as a surgical tech.
19  Q.   To graduate or to get certified?
20  A.   To get certification.  I graduated, but I
21  didn't graduate with my certification.
22  Q.   And the certification requirement, is
23  that a Virginia state requirement?
24  A.   Yes.
25  Q.   Is that -- do you know which agency

Page 72

1   regulates surg tech in Virginia?
2   A.   I do not.
3   Q.   Okay.  And have you done any independent
4   research as to the requirements for sitting for a surg
5   tech examination or obtaining that certification?
6   A.   No; only what the school told me.
7   Q.   Did you sit for the surg tech exam?
8   A.   No.
9   Q.   Did you ever register for the surg tech
10  exam?
11  A.   No.
12  (Exhibit Number 136 was marked for
13  identification).
14  Q.   Let me just show you a couple of
15  documents here.  All right.  Ms. Towns, I'm going to
16  show you a document marked 136.  These are documents
17  that your counsel produced in discovery.  Are they
18  familiar to you?
19  A.   Yes.
20  Q.   Okay.  The top document is entitled
21  "Disclosure Statement" from Direct Loans U.S.
22  Department of Education; do you see that?
23  A.   Yes.
24  Q.   And there's a date of the disclosure
25  statement, June 3, 2009?

18  (Pages 69 to 72)

Page 77

1      A.   They just didn't -- they just didn't sign
2  it.
3      Q.   And again, you don't know what the number
4  of --
5      A.   No.
6      Q.   -- students were?
7          This document that's been marked -- did I
8  give you --
9          MS. COBB:  Yes, I have a copy.
10     Q.   -- 139, this was also produced by your
11 counsel.  Do you recognize this?
12     A.   Yes.
13     Q.   What is this?
14     A.   It's a breakdown of each class which I
15 inquired about, because I wanted to know how much I
16 was paying for each class.  And I noted that the most
17 expensive class was the class that we had no teachers,
18 but we were being charged.  And my concern to that was
19 that I'm paying for an education that I'm not getting.
20     Q.   Which class are you referring to?  Is
21 this the one where Ms. Goodson left and then came
22 back?
23     A.   This is the surgical tech program.  This
24 is one of the classes in surgical tech.
25     Q.   Body Structure and Function?  I didn't

Page 78

1  see which one you just pointed to.
2      A.   I'm sorry.  It's the Health Concept.
3      Q.   Health Care Concepts?
4      A.   Yep.  650.
5      Q.   What about Body Structure and Function,
6  is that another surg tech?
7      A.   It's another surg tech.  I'm just not
8  sure which module that was in.
9      Q.   And a number of items have been marked
10 out.  Is there a reason why they're --
11     A.   I don't know.
12     Q.   -- blacked out?
13     A.   I don't know.
14     Q.   Did you black those out or mark those
15 out?
16     A.   I may have.  I don't recall.  I don't
17 remember.
18     Q.   Okay.  So as of May 12, 2010, if I
19 understand what you're telling me, your big complaint
20 was with the Body Structure and Function STS class?
21         MS. COBB:  I'm going to object that that
22 misconstrues the testimony.
23     Q.   Was that one of your primary complaints?
24         MS. COBB:  Again, I'm going to object that
25 characterizing it as a primary complaint misconstrues

Page 79

1  the testimony.  You may answer his question.
2      Q.   Was that the class where Ms. Goodson had
3  left and then came back towards the end?
4      A.   Yes.
5      Q.   Okay.  The class down -- a little bit
6  further down, Surgical Specialties II with lab, do you
7  know who taught that course?
8      A.   I do not.
9      Q.   Did you have any complaints regarding
10 that course?
11     A.   Any surgical tech classes were
12 complaints.
13     Q.   Any specific complaints for Surgical
14 Specialties II?
15     A.   They all were of the same complaint:  No
16 instruments, no materials.
17     Q.   Any complaints regarding the instructor?
18     A.   Prior to --
19         MS. COBB:  Objection.  The witness testified
20 that she does not remember who the instructor was.
21     Q.   Well, whoever the instructor was, did you
22 have any specific complaints regarding the instructor
23 of Surgical Specialties II?
24     A.   There were multiple --
25         MS. COBB:  Same objection, and you can

Page 80

1  answer if you know the answer to the question.
2      A.   There were multiple instructors.
3      Q.   For Surgical Specialties II?
4      A.   I'm not sure which instructor was for
5  which module, which course.
6          (Exhibit Number 140 was marked for
7  identification.)
8      Q.   Exhibit 140, is this familiar to you?
9      A.   Yes.
10     Q.   Okay.  What is this?
11     A.   It was a response from Better Business
12 Bureau to my complaint.
13     Q.   The second paragraph says, "Enclosed is
14 the company's reply to your problem."  Do you see
15 that?
16     A.   Yes.
17     Q.   Did they enclose a reply from RSHT with
18 this letter?
19     A.   No.
20     Q.   Did you contact Better Business Bureau
21 Serving Central Virginia for a copy of the reply to
22 your problem?
23     A.   I don't remember.
24     Q.   Do you have a copy of the -- this reply
25 referred to in this letter?

20  (Pages 77 to 80)

Page 105

1      A.   No.
2      Q.   Mr. deWitt asked you a number of
3    questions about various forms that have your signature
4    on it.  Do you remember his questions about various
5    forms that you signed?
6      A.   Yes.
7      Q.   Can you explain a little bit about the
8    circumstances under which you signed that paperwork?
9    Explain the process that you went through in signing
10   the documents that you've been asked about during the
11   course of this deposition.
12      MR. DEWITT:  I'm just going to note an
13   objection to the extent this witness has already
14   testified she has no recollection of signing the
15   documents, looking at the documents, or even being
16   with anybody at the time she signed the documents.
17   But answer if you can.
18      A.   I guess I would ask which documents you
19   are referring to.
20      Q.   Let me direct you some more.  During the
21   course of your deposition, you testified that you
22   received a lot of paperwork that you had to sign; is
23   that correct?
24      A.   Correct.
25      Q.   And you remember that testimony?

Page 106

1      A.   Correct.
2      Q.   Can you explain the process by which you
3    signed the stack of papers that you were given at RSHT
4    at any point?
5      MR. DEWITT:  Same objection.  Go ahead.
6      A.   At any point I was always given a stack
7    of papers to sign with no explanation as to what I was
8    signing, just a whole lot of papers that said -- you
9    know, had something to do with school, and staying in
10   school, and paying for school.
11      Q.   And was it a quick process?
12      A.   Very quick.
13      Q.   And were you directed where to sign the
14   documents?
15      A.   No.
16      Q.   You testified about supplies that I
17   believe two of your teachers brought from their jobs
18   to RSHT; is that correct?
19      A.   Correct.
20      Q.   Were those supplies a substitute or an
21   adequate substitute for the supplies that you
22   testified RSHT should have supplied to you during your
23   coursework at RSHT?
24      A.   No.
25      Q.   And why was that?

Page 107

1      A.   It was very minimum.  They were bringing
2    supplies from their job.  So they couldn't supply the
3    whole class or the mod with the necessities we needed.
4      Q.   At any point did you observe an operating
5    room procedure or a surgery?
6      A.   No.
7      Q.   Did you ever set foot inside an operating
8    room?
9      A.   No.
10      Q.   Did you ever use the instruments in
11   practice?
12      A.   No.
13      Q.   And you talked about a patient being
14   created with rubber gloves and paper towels; do you
15   remember that testimony?
16      A.   Yes.
17      Q.   And why did you have to create a patient
18   out of rubber gloves and paper towels?
19      A.   Our lab wasn't equipped.  It didn't have
20   the necessities we needed to train, to learn.  So
21   Mrs. Goodson created her own make-believe patient, and
22   that's what we used.
23      Q.   Was it your understanding that the lab
24   should have had some kind of dummy or something that
25   you could have practiced on?

Page 108

1      A.   Yes.
2      Q.   And was that there?
3      A.   No.
4      Q.   You talked about your externship in
5    central sterile.  Just for clarification, did you get
6    any hours of operating room experience through your
7    externships at RSHT?
8      A.   None.
9      Q.   Did anyone at RSHT tell you that upon
10   graduation you would have the 150 hours that you would
11   need to be eligible for your certification?
12      A.   Yes.
13      MS. COBB:  I have no further questions.
14      MR. DEWITT:  Just some followup based on
15   your counsel's questions.
16
17      FURTHER EXAMINATION BY MR. DEWITT:
18
19      Q.   Your counsel just asked you if you ever
20   used the medical devices or used the equipment.
21      MS. COBB:  And I would object.  My question
22   was in practice.
23      Q.   And I meant to say, did you ever -- the
24   question was put to you as to whether you ever used
25   the equipment in practice.  What is your understanding

Electronically signed by Lisa Blair (501-025-348-9548)                              9498bb09-02cc-42e9-badf-36314e11abbd

# TOWNS DEPOSITION

# EXHIBIT 125



**RSHT**
1601 Willow Lawn Drive
SUITE 320
Richmond VA 23230
(804) 288-1000   FAX:(804)288-1006

**Application for Admission**

OFFICE USE ONLY

Start Date 6 -09
Adm Code 11052

I hereby apply for enrollment in accordance with the terms and regulations of RSHT.  I acknowledge that I am responsible for an application fee of **$75.00** for all programs.  I understand that this fee is non-refundable.

Name _Loretta Dortch_



Applicant's Signature _____        Date _4/15/09_

Form 102    ht revised 2/26/08

RSHT-Richmond is certified to operate in Virginia by the State Council of Higher Education for Virginia

**RSHTDORTCH,L0004**



EXHIBIT
125
4-17-12

**RSHT0005310**

# TOWNS DEPOSITION

# EXHIBIT 127

# RSHT
## ENROLLMENT AGREEMENT

☑ Main Campus:
1601 Willow Lawn Drive, Suite 320
Richmond, VA  23230

Branch Campus: ☐
751 West Hundred Road
Chester, VA  23836

Name: _Loretta_ _____  _Dortch_    SSN: ▮▮▮▮▮▮

First          MI          Last

Address: ▮▮▮▮▮▮▮▮▮▮▮▮   Birth date: ▮▮▮▮▮▮

City _Richmond_    State _VA_    Zip Code: ▮▮▮▮▮

Telephone ▮▮▮▮▮▮   Email ▮▮▮▮▮▮

As the above-named applicant, I hereby agree to be enrolled in the _Surgical  Technolgy_
program which is _80_ weeks of instructional time.  Classes are scheduled to begin on _6/1/09_
and end on _12/22/10_.  Classes meet _Mon,Tu-Thur,Fri_ from _5:30pm_ to _10:30 p.m._

Total tuition of $ _23,256 ⁰⁰_, a non-refundable application fee of $ _75 ⁰⁰_.  Should I have to repeat
a course, I will be charged a *per credit hour* fee of $ _306 ⁰⁰_.  I hereby acknowledge payment of a deposit of
$ _75 ⁰⁰_, leaving a balance due to the institution of $ _23,256 ⁰⁰_.

I hereby agree to all provisions of this Enrollment Agreement, and understand that I have agreed to accept a place
in the class described above and agree to pay to RSHT all fees according to the terms and conditions contained
herein.  Furthermore, I acknowledge that I have read, fully understand, and received a copy of this agreement.

I understand that this agreement becomes a legally binding instrument upon the school's written acceptance of my
application, unless cancelled by me pursuant to the refund policy contained within this agreement.

Student Signature: _Loretta Dortch_    Date: _4/15/09_

Grantor's Signature: _Frank Nn___    Date: _4/18/09_

**Note:  Please read and initial the statements on the back of this sheet.**

EXHIBIT
127
9-17-12 GB

Form # 105  ha    Revised 12/18/06
RSHT is certified to operate in Virginia by the State Council of Higher Education for Virginia

RSHTDORTCH,L0042                                    RSHT0005348

**Attendance:**

Attendance is required at all scheduled classes. If in an emergency an absence becomes necessary, the student must notify the school prior to the beginning of the schedule class. Students with seven consecutive absences or total absences exceeding 25% of their scheduled classes will be withdrawn from the program. Refer to the School Catalog and Student Handbook for further details.

Initials

**Cancellation and Refund Policy:**

If an applicant cancels this agreement no later than the third business day after the date of this agreement, a full refund will be made minus the non-refundable application fee. The application fee for all programs is $75.00. If a class is cancelled by the school, all monies will be refunded.

All students will be charged a non-refundable application fee in addition to the tuition charges as specified below. The portion of the program completed will be determined by the number of weeks attended. Any portion of a week's attendance will be considered a full week for the purpose of the refund calculation.

1. If a student does not begin classes, no more than $100.00 of the tuition paid will be retained by the school.

2. A student who enters school but withdraws prior to completing the first 25% of the period charged will be assessed 50% of the tuition charges for the period.

3. A student, who withdraws after completing the first 25%, but prior to completing 50% of the period charged, will be assessed 75% of the tuition charges for the period.

4. A student who withdraws after completing half, or more than half, of the period charged is assessed 100% of the tuition charges for the period.

Refunds are made within 30 days of the cancellation date or date of withdrawal.

Initials

**Standards:**

Students are required to abide by the proper standards for dress and conduct while in attendance at all classes and externship training. Profanity, disorderly conduct, or other action which, in the opinion of the school is disruptive, will not be tolerated and will be grounds for dismissal form the program.

Initials

**Placement:**

Each graduate may avail him or herself of the school's job placement assistance program. RSHT DOES NOT GUARANTEE EMPLOYMENT. However, every effort will be made to assist the graduate in obtaining employment. There is no charge for this service.

Initials

RSHT reserves the right to make changes to the program start date, content, schedule, and/or training hours as deemed necessary.

Initials

**Conditions of Agreement:**

This constitutes the entire agreement between the applicant and the school, and no other promise or agreement, expressed or implied, has been made either orally or in writing. Should the student fail to meet the terms of his/her financial obligations contained in this agreement, the school reserves the right to add to this agreement a reasonable amount for collection costs incurred including, but not limited to, collection agency fees, attorney fees of 33.3%, court costs, etc.

Initials

RSHTDORTCH,L0043                                                                RSHT0005349

# TOWNS DEPOSITION

# EXHIBIT 129

## Tuition Worksheet

**Student Name:** Loretta Dortch   **Social Security Number:** ▓▓▓▓▓▓
**Program:** ST/PM   **Start Date:** 6-1-09

REDACTED

**Student Signature:** _Loretta Dortch_

**Date:** 4 28 09

**Financing Department Signature:** _____

**Date:** 4/28/09

Form 416 ha 6/1/06



EXHIBIT
129
9-17-12 LB

# TOWNS DEPOSITION

# EXHIBIT 134

NAME (Print) *Loretta Dortch*    PROGRAM/START DATE *6-1-09*

## RSHT –RICHMOND- ENROLLMENT CERTIFICATION

Please read each of the following statements and initial in the space provided to the right of each statement. Please do not hesitate to ask questions.

1. Students are required to maintain satisfactory academic progress in accordance with the Academic Information in the *Catalog*. I understand that homework/outside class preparation is required. 

2. Financial Aid is available to eligible students upon completion, submission, and processing of a financial aid application. Please note that, in most cases, student financial aid awards include loans. Be sure you know your rights and responsibilities (see *Catalog, Financial Aid* information). 

3. Tuition payments are to be made as scheduled.  Tuition charges for early withdrawal are calculated in accordance with RSHT's refund policy (see *Catalog*, Enrollment Agreement – Cancellation and Refund Policy).

4. The criteria for graduation is outlined in the Catalog and includes high school/GED completion documentation, attendance, financial, and meeting academic progress requirements (See *Catalog*, Requirements for Graduation).   Graduates seeking job placement assistance  must qualify for such assistance as outlined in the Catalog (see Job Placement Assistance). Graduate surveys demonstrate that an average of  88% of students who graduated between December 1, 2007 and November 30, 2008 are employed in training-related positions.

5. The graduation rate for students scheduled to graduate and seeking a degree or diploma between December 1, 2007 and November 30, 2008 was 60.45%. Students should make every effort to regularly attend class, complete make-up work when absent, and actively seek advice should problems arise that may adversely affect program completion (see *Catalog*, Makeup/Incomplete and Counseling Services).

6. Graduate salaries vary and are affected by job location, graduate experience, and class standing. In a survey of Main Campus graduates available for placement, who graduated between December 1, 2007 and November 30, 2008, the approximate average entry-level starting salaries for individuals without prior  experience in these training areas were:

| Program Area | Entry-Level Wages |
|---|---|
| Practical Nursing (Richmond Campus only) | $33,067.00 per year |
| Medical Assistant (Richmond & Chester Campuses) | $21,323.00 per year |
| Pharmacy Technician | N/A |
| Medical Billing and Coding (Richmond & Chester Campuses) | $20,082.00 per year |
| Surgical Technology (Richmond & Chester Campuses) | $31,595.00 per year |



7. Students are to park ONLY in designated areas. Receipt of student parking instructions is acknowledged.  Violators of RSHT's parking policy are subject to probation, suspension, or dismissal.

8. I understand that Clinical and Externship hours are scheduled according to site requirements; which may not coincide with my class schedule.

9. Any class failed by a student must be repeated. A class may not be repeated more than once without approval of the Director. There is a charge per credit hour for all repeats.

10. Students who withdraw and subsequently re-enter are subjected to policies in effect at the time of their re-entry.

Form 207 revised ct 12/31/08

RSHT is certified to operate in Virginia by the State Council of Higher Education for Virginia



RSHTDORTCH,L0031                                                                    RSHT0005337

11. All students must complete their program within 150% of the normal time frame. 

12. A student's enrollment will be terminated for excessive absences which result in unsatisfactory academic progress in a class or if such absences are determined to be without sufficient reason. State regulations require any student who misses seven (7) consecutive days to be withdrawn from the program. Students with excessive absences may have their records reviewed by the School Director (see *Catalog*, Attendance/Appeal).

13. RSHT reserves the right to terminate a student's enrollment on the following grounds: nonconformity with RSHT policy and regulations including parking; unsatisfactory progress; unsatisfactory attendance; nonpayment of tuition; security violations; possession or use on campus on campus of any drugs or alcohol; conduct damaging to facilities; or disruption of academic processes (see *Catalog*, Dismissal from School). 

14. The honor System at RSHT is bases on individual integrity. This system assumes that every student will accept his or her role in the academic community with a feeling of self respect and duty. I pledge to support the Honor System or RSHT. I will neither give nor receive aid on any assignment. I will report any violations of this honor code to an instructor or director. **I certify that I have read the Honor Code and that I will abide by its intent.**

15. RSHT does not tolerate alcohol or drugs on campus. In addition, students who have a problem or have knowledge of another student with a drug or alcohol related problems are encouraged to speak confidentially with the School Director. A confidential appointment can be scheduled by calling the Director. Possession or use on campus of any firearm or other dangerous weapon or incendiary device or explosive material, unless such possession or use has been authorized by the Institute, may subject the student to suspension, dismissal, or termination. 

16. A Safety Report for this campus is available at the front desk. Copies are available free of charge upon request. 

17. Students or graduates seeking to transfer to another institution acknowledge that the transfer/acceptance of credit is the prerogative of each individual post-secondary institution within their own guidelines and policies and RSHT makes no claim in this regard except in those cases where written articulation agreements are in place (see *Catalog*, Transfer Credits). 

18. It is important for graduates to keep an accurate address and phone number on file for mailings and job placement services. 

19. The Commonwealth of Virginia, Department of Health Professions, Board of Nursing requires licensure of practical nurses in accordance with the Code of Virginia. A Practical Nurse graduate must pass the State Examination in order to become employed and carry the title LPN.

20. Academic Accommodations for students with disabilities are provided on a case-by-case basis. Request for accommodation should be made directly to the Director. 

21. I have read and understand the student grievance procedure stated in the school catalog (see *Catalog*, Student Grievance Procedure). 

I hereby acknowledge reading the above referenced statements and understand my rights and responsibilities as a student at RSHT. I also acknowledge that I received a copy of RSHT's *Catalog* and my Enrollment Agreement at the time of my enrollment.

Student Signature _____   Date ____5/12/09____

Form 207 revised ct 12/31/08

RSHT is certified to operate in Virginia by the State Council of Higher Education for Virginia