IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

MARY MORGAN, *et al.*,
on behalf of themselves and
all other similarly situated,

        Plaintiffs,

v.                                                                                    Civil Action No. 3:12cv373-JAG

RICHMOND SCHOOL OF HEALTH AND
TECHNOLOGY, INC.,

        Defendant.

## ORDER

This matter is before the Court on the preliminary approval hearing held on April 23, 2013. The final fairness hearing will be held on July 25, 2013, at 10:00 a.m. Additionally, the Court vacates ¶¶ 7 and 8 of the Initial Pretrial Order. (Dk. No. 46.)

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: <u>April 23, 2013</u>
Richmond, VA

        /s/
John A. Gibney, Jr.
United States District Judge