IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

MARY MORGAN, *et al.*,

        Plaintiffs,

v.

        Case No. 3:12-cv-00373-JAG

RICHMOND SCHOOL OF HEALTH AND
TECHNOLOGY, INC.,

        Defendant.

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES IN SUPPORT OF THEIR UNOPPOSED MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT, FINAL CERTIFICATION OF CLASS AND AWARD OF ATTORNEYS' FEES AND COSTS**

The Court having considered Plaintiffs' Unopposed Motion for Leave to File Excess Pages In Support of Their Unopposed Motion for Final Approval of Proposed Class Action Settlement, Final Certification of Class and Award of Attorneys' Fees and Costs, and finding good cause therefore, it is HEREBY ORDERED that the motion is GRANTED, and that the page limit for Plaintiffs' motion is increased to 48.

SO ORDERED.

Dated: 7/15/13

/s/ JG.
John A. Gibney, Jr.
United States District Judge